# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

SPENCER TYRONE ROBINSON,       )
                               )
    Plaintiff,                )
                               )
v.                             )   Case No. CV410-125
                               )
B. AINSDORFF and B. HOLLER,    )
                               )
    Defendants.               )

## ORDER

Civil rights plaintiff Spencer Tyrone Robinson has submitted for filing a civil rights complaint arising from a Savannah, Georgia police encounter. Doc. 1 at 5. Would-be litigants who would ask the Court to right perceived wrongs against them must make an economic decision -- whether to pay the Court's $350 filing fee in order to do so. Indigent free-world plaintiffs may seek a partial or full waiver of that fee under 28 U.S.C. § 1915(a). Inmates, however, qualify only for an installment payment plan: they must pay the full $350, but they are allowed to do so over time. *Id.* Hence, different IFP standards apply depending on whether a plaintiff is a prisoner.

Here, Robinson moves for leave to proceed in forma pauperis (IFP). Doc. 2. His *prisoner* complaint form, however, lists a non-prison address. Moreover, he does claim (as asked by the form, doc. 1 at 3-4) that he exhausted *prison* administrative remedies. And he claims "$0.00" on his IFP form in response to this question: "State the present balance of your *prison* trust account." Doc. 2 at 2 (emphasis added). So, the Court has before it contradictory information about Robinson's IFP status. The Clerk is therefore **DIRECTED** to send Robinson a "Pro Se (Non-Prisoner) Complaint Form," which Robinson should complete and re-submit if he in fact is *not* a prisoner. The Clerk is also **DIRECTED** to send Robinson the more comprehensive ("AO 240") IFP application (also available online), which Robinson must also file within the same 14 days. If Robinson *is* a prisoner, then he must, within 14 days of the date this Order is served, file a one-sentence supplemental brief (include the above caption at the top) affirming his prisoner status.

**SO ORDERED** this 9th day of June, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA