UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| SPENCER TYRONE ROBINSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV410-125 |
| B. AINSDORFF and B. HOLLER, | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

After Spencer Tyrone Robinson filed this civil rights action and sought leave to proceed in forma pauperis (IFP), docs. 1 & 2, the Court directed him to submit additional IFP paperwork within 14 days. Doc. 3 at 2. In that plaintiff has failed to comply, the Court (for jurisdictional purposes only) **GRANTS** his IFP motion (doc. 2) but recommends that his case be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989);

*Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  5th  day of August, 2010.

/s/ Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA