FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 17 AM 11: 56

CLERK [signature] moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SPENCER TYRONE ROBINSON, )
)
    Plaintiff, )
)
v. )    CASE NO. CV410-125
)
OFFICER A. AINSDORFF, )
Savannah Chatham County Metro )
Police Department, and )
OFFICER R. HOLLER, Savannah )
Chatham County Metro Police )
Department, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff Spencer Tyrone Robinson's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this /7ᵗʰ day of September 2010.

[signature]

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA